No. 270. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS (A. F. L.) LOCAL UNION No. 667 ET AL. *v.* MASCARI ET AL. Petition for writ of certiorari to the Supreme Court of Tennessee dismissed on motion of counsel for the petitioners. *Herbert S. Thatcher* and *Grover N. McCormick* for petitioners. *William F. Barry* for respondents. 187 Tenn. 345, 215 S. W. 2d 779.

No. 284, Misc. KELLY *v.* HOWARD, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 317, Misc. WINSTON ET AL. *v.* KNOX, CHIEF JUDGE, ET AL. Motion for leave to file petition to void indictments and to quash venire of petit jurors, for a rule to show cause why mandamus and prohibition should not issue, for rule absolute, and for a stay, denied. *Charles H. Houston, Richard Gladstein, Harry Sacher, Abraham J. Isserman* and *George W. Crockett, Jr.* for petitioners.

No. 427. WADE *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari granted. *Harry W. Colmery* for petitioner. *Solicitor General Perlman, Robert S. Erdahl, John R. Benney* and *Harold D. Cohen* for respondent.

No. 357. NATIONAL BANK OF COMMERCE OF SAN ANTONIO, EXECUTOR, *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William Robert Smith, Jr.* for petitioner. *Solicitor General Perl-*

man, *Assistant Attorney General Caudle, Ellis N. Slack, Harry Baum* and *Louise Foster* for respondent.

No. 405. GUGGENHEIM *v.* UNITED STATES. Court of Claims. Certiorari denied. *Errett G. Smith* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee Jackson* for the United States.

No. 409. RIELY ET AL., RECEIVERS, *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Eugene Untermyer* and *Robert T. Barton, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for the United States.

No. 411. DAGGS *v.* KLEIN, REAR ADMIRAL, U. S. NAVY, ET AL.; and

No. 412. BRAITO *v.* KLEIN, REAR ADMIRAL, U. S. NAVY, ET AL. C. A. 9th Cir. Certiorari denied. *Herbert Resner* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Oscar H. Davis* and *John R. Benney* for respondents. Reported below: 169 F. 2d 174.

No. 415. FOREMAN'S ASSOCIATION OF AMERICA *v.* EDWARD G. BUDD MANUFACTURING CO. ET AL. C. A. 6th Cir. Certiorari denied. *Walter M. Nelson* and *Allan R. Rosenberg* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for the National Labor Relations Board; and *Archibald Broomfield* for the Edward G. Budd Manufacturing Co., respondents.